1074

THE STATE OF WASHINGTON, *Respondent*, v. AARON LANCE WHETSTINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-02708-4, R. Joseph Wesley, J., entered May 29, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Coleman, J.

DEAN KENWORTHY, *Appellant*, v. CARL SCHULMEISTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 91-2-00463-8, Alan R. Hancock, J., entered March 13, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Forrest and Agid, JJ.

JIN'S TRADING AND DISTRIBUTING COMPANY, INC., ET AL, *Appellants*, v. JOHN BROOKS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-24100-5, George T. Mattson, J., entered May 31, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT VENEAGAS MENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06849-8, Bobbe J. Bridge, J., entered February 19, 1992. *Dismissed* by unpublished per curiam opinion.